SCWC-29454

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

THOMAS FRANK SCHMIDT and LORINNA JHINCIL SCHMIDT,
Petitioners/Plaintiffs-Appellants, Cross-Appellees,

vs.

HSC, INC., a Hawaiʻi corporation,
RICHARD HENDERSON, SR., and ELEANOR R.J. HENDERSON,
Respondents/Defendants-Appellees, Cross Appellants.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NOS. 29454 and 29589; CIV. NO. 06-1-0228)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Nakayama, Acting C.J., Acoba, McKenna, and Pollack, JJ.,
and Circuit Judge Garibaldi, in place of Recktenwald, C.J., recused)

The Application for Writ of Certiorari filed on October 16, 2013 by Petitioners/Plaintiffs-Appellants, Cross-Appellees Thomas Frank Schmidt and Lorinna Jhincil Schmidt is hereby accepted.

IT IS FURTHER ORDERED, that no oral argument will be held in this case. Any party may, within ten days and pursuant

to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED:  Honolulu, Hawaiʻi, November 26, 2013.

R. Steven Geshell,
for petitioner

Paul Alston,
for respondent

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Colette Y. Garibaldi



2